187 So. 255

## WHISENANT v. STATE.

### 8 Div. 744.

Court of Appeals of Alabama.
March 7, 1939.

H. T. Foster, of Scottsboro, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

The defendant was indicted and convicted on a charge of violating the prohibition law, and from the judgment he appeals.

We have examined the record in this case. There is no bill of exceptions.

We find no error in the record and the judgment is affirmed.

Affirmed.